UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| OLGA REYES DOMINGUEZ, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 4:26-cv-448-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| SAMUEL OLSON, | ) | |
| Field Office Director, Chicago Field | ) | **ORDER REMANDING HEARING** |
| Office, Immigration and Customs | ) | |
| Enforcement, in his official capacity, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| | ) | |

\*\*\*     \*\*\*     \*\*\*     \*\*\*

This matter is before the Court on the parties' Joint Motion to Remand/Cancel Hearing, [R. 9]. The parties request the hearing scheduled for July 10, 2026, be remanded from the Court's docket as they "are not aware of any relevant factual disputes and, accordingly, respectfully request to cancel the hearing in this matter so it can stand submitted to the Court." *Id.* at 1.  Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. The parties' Joint Motion to Remand/Cancel Hearing, [**R. 9**], is **GRANTED**.

2. The hearing that was scheduled for Friday, July 10, 2026, is **REMANDED** from the Court's docket.

This the 9th day of June, 2026.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record